UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NORDBY CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SAFETY INDEMNITY COMPANY, et al., <br> Defendants. | Case No.  14-CV-04074-LHK <br><br> **CASE MANAGEMENT ORDER** |

An initial case management conference was held on January 21, 2015.  A further case management conference is set for April 29, 2015, at 2 p.m.

The parties shall exchange initial disclosures with respect to documents, insurance agreements, and damages by February 27, 2015. Initial disclosures with respect to witnesses shall be exchanged by April 20, 2015.

The Court denied Defendants' request to stay or bifurcate discovery.

The parties shall file a joint settlement status update no later than February 2, 2015, indicating their mutually agreed upon choice of a neutral mediator.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: March 15, 2015

FACT DISCOVERY CUTOFF: March 25, 2016

1

Case No.: 14-CV-04074-LHK
CASE MANAGEMENT ORDER

EXPERT DISCOVERY:
    Opening Reports: February 26, 2016
    Rebuttal Reports: March 11, 2016
    Close of Expert Discovery: March 25, 2016

DISPOSITIVE MOTIONS shall be filed by April 8, 2016, and set for hearing no later than May 19, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per party in the entire case.

FINAL PRETRIAL CONFERENCE: July 28, 2016, at 1:30 p.m.

JURY/COURT TRIAL: August 8, 2016, at 9 a.m. Trial is expected to last 10 days.

**IT IS SO ORDERED**.

Dated: January 21, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-04074-LHK
CASE MANAGEMENT ORDER