LINDA L. SAGER, ESQ., Bar No. CA 185584
lsager@heroldsagerlaw.com
NICHOLAS B. SALERNO, ESQ., Bar No. 167840
nsalerno@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
Telephone:  760-487-1047
Facsimile:  760-487-1064

Attorneys for Defendant AIG SPECIALTY INSURANCE COMPANY, erroneously sued as AMERCIAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NORDBY CONSTRUCTION, INC.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; and DOES 1 through 100, inclusive,,<br><br>        Defendants. | CASE NO. 5:14-cv-0407-LHK<br><br>**JOINT SETTLEMENT STATUS STATEMENT** |

Pursuant to the Case Management Order, dated January 21, 2015, the parties submit the following Joint Settlement Status Statement.  In that regard, the parties have mutually agreed to use the following neutral mediator, with mediation to be completed by April 6, 2015:

Hon. Stephen J. Sundvold

JAMS

500 N. State College Blvd., 14th Floor

Orange, CA 92868

Tel: (714) 937-8258 / Fax: (714) 939-0867

Email: ssundvold@jamsadr.com

---

1

ADR CERTIFICATION                                                CASE NO. 5:14-cv-0407-LHK

1  DATED: January 30, 2015
                                          HEROLD & SAGER
2

3
                                       By  /s/ Nicholas B. Salerno
4                                          ─────────────────────────
                                           LINDA L. SAGER
5                                          NICHOLAS B. SALERNO
                                           Attorneys for Defendant,
6                                          AIG SPECIALTY INSURANCE COMPANY

7  DATED: January 30, 2015

8                                          WILLOUGHBY, STUART, BENING & COOK

9

10                                     By  /s/ Ellyn E. Nesbit
                                           ─────────────────────────
11                                         ALEXANDER F. STUART
                                           ELLYN E. NESBIT
12                                         Attorneys for Plaintiff,
                                           NORDBY CONSTRUCTION, INC.
13

14 DATED: January 30, 2015
                                           CHAMBERLIN, KEASTER & BROCKMAN LLP
15

16
                                       By  /s/ Robert W. Keaster
17                                         ─────────────────────────
                                           ROBERT W. KEASTER
18                                         CRAIG H. BELL
                                           Attorneys for Defendant,
19                                         AMERICAN SAFETY INDEMNITY
                                           COMPANY
20 DATED: January 30, 2015

21                                         MORALES FIERRO & REEVES

22

23                                     By  /s/ Laura Jane Coles
                                           ─────────────────────────
24                                         LAURA JANE COLES
                                           Attorneys for Defendant,
25                                         ACE AMERICAN INSURANCE COMPANY

26

27

28

                                       2
ADR CERTIFICATION                                          CASE NO. 5:14-cv-0407-LHK

1  LINDA L. SAGER, ESQ., Bar No. CA 185584
   lsager@heroldsagerlaw.com
2  NICHOLAS B. SALERNO, ESQ., Bar No. 167840
   nsalerno@heroldsagerlaw.com
3  HEROLD & SAGER
   550 Second Street, Suite 200
4  Encinitas, CA  92024
   Telephone:  760-487-1047
5  Facsimile:  760-487-1064

6  Attorneys for Defendant AIG SPECIALTY INSURANCE COMPANY, erroneously sued
   as AMERCIAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 | NORDBY CONSTRUCTION, INC.,            | CASE NO. 5:14-cv-04074-HRL
11 |          Plaintiffs,                  |
12 |     vs.                               | **CERTIFICATE OF SERVICE**
13 |                                       |
14 | AMERICAN SAFETY INDEMNITY             |
   | COMPANY; AMERICAN                     |
   | INTERNATIONAL SPECIALTY LINES         |
15 | INSURANCE COMPANY; ACE                |
   | AMERICAN INSURANCE COMPANY; and       |
16 | DOES 1 through 100, inclusive,,       |
17 |          Defendants.                  |

18

19 I the undersigned, declare:

20        At the time of service, I was over 18 years of age and not a party to this action. I am

21 employed in the County of San Diego, State of California. My business address is 550 Second

22 Street, Suite 200, Encinitas, CA 92024.

23        On **January 30, 2015**, I caused to be served, the documents named below in the above-

24 referenced action as follows:

25 1.     **JOINT SETTLEMENT STATUS STATEMENT**

26 on the interested parties in this action as follows:

27 ///

28 ///

                                   1
CERTIFICATE OF SERVICE                                    CASE NO. 5:14-cv-04074-HRL

| | |
|---|---|
| Alexander F. Stuart, Esq.<br>Willoughby, Stuart, Bening & Cook, Inc.<br>50 W. San Fernando Street, Suite 400<br>San Jose, CA 95113<br>Tel: (408) 289-1972 / Fax: (408) 295-6375<br>afs@wsblaw.net | Attorneys for Plaintiff<br>NORDBY CONSTRUCTION, INC. |
| Robert W. Keaster, Esq.<br>Chamberlin Keaster & Brockman<br>16000 Ventura Blvd., Suite 700<br>Encino, CA 91436-2759<br>Tel: (818) 385-1434 / Fax: (818) 385-1802<br>rkeaster@ckblip.com | Attorneys for Defendant<br>AMERICAN SAFETY INDEMNITY COMPANY |
| Ramiro Morales, Esq.<br>Laura J. Coles, Esq.<br>Morales Fierro & Reeves<br>2300 Contra Costa Blvd., Suite 310<br>Pleasant Hill, CA 94523<br>Tel: (925) 288-1776 / Fax: (925) 288-1856<br>rmorales@mrflegal.com; lcoles@mrflegal.com | Attorneys for Defendant<br>ACE AMERICAN INSURANCE COMPANY |

I electronically filed the documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served using the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare that I am employed in the office of a member of the bar of this Court and whose direction the service was made.

Executed on **January 30, 2015**, at Encinitas, California.

*/s/ Brittany Helm*
Brittany Helm