UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORDBY CONSTRUCTION, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.,<br>    Defendants. | Case No.  14-cv-04074-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 61 |

The parties have filed a joint status report requesting that the Court continue the April 29, 2015 case management conference 45 days. ECF No. 61. According to the parties, Plaintiff Nordby and Defendants American Safety Indemnity Company and American International Specialty Lines Insurance Company are in the process of drafting a settlement agreement and require 30 days to finalize their agreement.

The Court therefore CONTINUES the April 29, 2015 case management conference to June 24, 2015 at 2 p.m. If the parties have not filed a stipulation of dismissal with prejudice by June 17, 2015, the parties shall file one joint case management statement on June 17, 2015. All other deadlines and the case schedule remains as set.

Case No.14-cv-04074-LHK
ORDER

1

1  **IT IS SO ORDERED.**

2  Dated: April 22, 2015

3  _____
   LUCY H. KOH
4  United States District Judge