UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORDBY CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SAFETY INDEMNITY COMPANY, et al., <br><br> Defendants. | Case No.14-cv-04074-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Alex Stuart
Defendants' Attorneys: Craig Bell for American Safety Indemnity Co.; Sam Hotchkiss for AIG Specialty Insurance Co.

    A case management conference was held on June 24, 2015.  A further case management conference is set for July 1, 2015 at 2:00 p.m.

    The parties shall file a stipulation of dismissal with prejudice by June 26, 2015. If the parties do not file a stipulation of dismissal by June 26, 2015, the parties shall file a joint case management statement by June 29, 2015 and appear at the July 1, 2015 case management conference in person.

    The case schedule remains as set.

1

Case No. 14-cv-04074-LHK
CASE MANAGEMENT ORDER

1  **IT IS SO ORDERED.**

2  Dated: June 24, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge