ALEXANDER F. STUART – SBN 96141
ELLYN E. NESBIT – SBN 136398
WILLOUGHBY, STUART, BENING & COOK
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:   (408) 289-1972
Facsimile:   (408) 295-6375
Email: alex@wsbclawyers.com
         ellyn@wsbclawyers.com

Attorneys for Plaintiff
NORDBY CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NORDBY CONSTRUCTION, INC. | CASE NO.   5:14-cv-04074 LHK |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| AMERICAN SAFETY INDEMNITY COMPANY; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; and DOES 1 through 100, inclusive, | |
| Defendants. | |

2224.12222S

STIPULATION OF DISMISSAL

Plaintiff Nordby Construction, Inc., and Defendants American Safety Indemnity Company, AIG Specialty Insurance Company and ACE American Insurance Company, collectively, by their undersigned attorneys, hereby stipulate that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a) (1), each party to bear its own attorney's fees and costs.

DATED: June 25, 2015

WILLOUGHBY, STUART, BENING & COOK

By /s/ Alexander F. Stuart
ALEXANDER F. STUART
Attorneys for Plaintiff,
NORDBY CONSTRUCTION, INC.

DATED: June 25, 2015

CHAMBERLIN, KEASTER & BROCKMAN LLP

By /s/ Robert W. Keaster
ROBERT W. KEASTER
Attorneys for Defendant,
AMERICAN SAFETY INDEMNITY COMPANY

DATED: June 25, 2015

HEROLD & SAGER

By /s/ Samuel W. Hotchkiss
LINDA L. SAGER
NICHOLAS B. SALERNO
SAMUEL W. HOTCHKISS
Attorneys for Defendant,
AIG SPECIALTY INSURANCE COMPANY

DATED: June 25, 2015

MORALES FIERRO & REEVES

By /s/ Laura Jane Coles
LAURA JANE COLES
Attorneys for Defendant,
ACE AMERICAN INSURANCE COMPANY

2224.12222S

-1-

STIPULATION OF DISMISSAL